

## 11-60988-MC-COHN/SELTZER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE HotFile.com

### SUBPOENA UNDER THE DIGITAL MILLENNIUM COPYRIGHT ACT

TO:  HotFile.com
1007 North Federal Highway, Suite 240
For Lauderdale, FL 33304

**YOU ARE ORDERED** to produce for inspection the identity of the HotFile.com user who posted infringing materials at the following URL: http://www.hotfilesearch.com/download/59132075-ACS-General-Chemistry-Exam.pdf.html, as provided for under The Digital Millennium Copyright Act of 1998, 17 U.S.C. §512(h):

**DOCUMENTS:**

Documents sufficient to identify the true name, address, email address, IP address, telephone number, and other reasonably available identifying information of the user who posted the infringing materials.

**PLACE:**

The information shall be sent to the following authorized representative of The American Chemical Society, Division of Chemical Education:

Margaret A. Esquenet, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, D.C. 20001
Telephone: 202-408-4000
margaret.esquenet@finnegan.com

Steven M. Larimore

_____
Margaret A. Esquenet

By: _M Buck, deputy clerk_
Clerk of Court

Date: _____

Date: MAY - 4 2011

## DECLARATION OF MARGARET A. ESQUENET IN SUPPORT OF THE AMERICAN CHEMICAL SOCIETY, DIVISION OF CHEMICAL EDUCATION'S 17 U.S.C. § 512 SUBPOENA

I, Margaret A. Esquenet declare as follows:

The purpose for which this subpoena is sought is to obtain the identity of an alleged infringer and such information will only be used for the purpose of protecting rights under 17 U.SC. §101 *et seq*.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. This declaration is executed on this 3rd day of May 2011.

_____
Margaret A. Esquenet

## Esquenet, Margaret

| | |
|---|---|
| From: | Esquenet, Margaret |
| Sent: | Friday, April 15, 2011 1:28 PM |
| To: | 'abuse@hotfile.com' |
| Cc: | Underwood, DJ |
| Subject: | 17 U.S.C. § 512(c) Notice of Copyright Infringement |

Constantin Luchian
DMCA Designated Agent
HotFile.com
1007 N. Federal Highway, Suite 240
Fort Lauderdale, FL 33304

Dear Mr. Luchian,

I am Margaret A. Esquenet, counsel to and person authorized to act on behalf of the American Chemical Society, Examinations Institute ("ACS"). ACS is the owner of all right, title, and interest, including copyright in the work entitled "Preparing For Your ACS Examination in General Chemistry: The Official Guide" (the "Work"). The Work is the subject of U.S. Copyright Registration No. TX0004252628.

It has come to ACS's attention that one of your users has reproduced the Work and is distributing this infringing copy of the Work on HotFile.com, at the following URL:

http://www.hotfilesearch.com/download/59132075-ACS-General-Chemistry-Exam.pdf.html.

Please immediately disable the URL and delete all infringing copies.

ACS has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agents, or the law.

I can be reached as follows:

Margaret A. Esquenet
Attorney at Law
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
tel 202.408.4007
fax 202.408.4400
margaret.esquenet@finnegan.com

To the best of my knowledge, the information in this notice is accurate, under penalty of perjury.

Sincerely,
Margaret A. Esquenet

1

**Margaret A. Esquenet**
Attorney at Law
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4007 | fax 202.408.4400 | <u>margaret.esquenet@finnegan.com</u> | <u>www.finnegan.com</u>

# FINNEGAN

2